IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>CARLOS O. TORRES-PAGÁN (2)<br><br>    Defendant. | Criminal no. 18-432 (CCC) |

**Motion for Authorization to file CJA Voucher**

**TO THE HONORABLE COURT:**

   Comes now the defendant, Mr. Torres-Pagán, and respectfully states and prays as follows:

   1. The undersigned counsel was appointed to represent Mr. Torres-Pagán on July 17, 2018, under the Criminal Justice Act. (See Docket Entry # 17).

   2. On March 15, 2019, Ms. Jennie Espada made her appearance to represent Mr. Torres-Pagán as retained counsel.

   3. The Court allowed the undersigned to withdraw from representing Mr. Torres Pagán on March 18, 2019. (See Minutes of Proceedings, Docket Entry #49).

   **WHEREFORE,** it is respectfully requested that this Honorable Court to authorize the undersigned to present his final CJA Voucher fro the work completed on behalf of Mr. Torres-Pagán during our appointment.

   **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of May 2019.

   **I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF

system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com